UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,**<br><br>Plaintiffs,<br><br>vs.<br><br>**EROLD MERKO,**<br><br>Defendant. | 2:21-CV-12940-TGB-CI<br><br>ORDER RE MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 2) |

**ORDER RE MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs have filed a Motion for Preliminary Injunction (ECF No. 2). The Court, having reviewed the Motion, directs the following:

1) Plaintiffs shall serve a copy of the complaint, the Motion for Preliminary Injunction, and a copy of this Order on Defendant as soon as practicable and shall file a proof of service on the Court's docket.

1

2) Upon receipt of the initiating documents, Defendant is ordered to file a response to the Motion for Preliminary Injunction within 7 days of service.

3) Plaintiffs' reply, if any, is due within 3 business days of the response.

4) The Court will issue a notice of hearing.

**IT IS SO ORDERED.**

Dated: December 21, 2021   s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE